ACCEPTED
03-15-00376-CV
7131772
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/28/2015 4:14:52 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00376-CV

| | | |
|---|---|---|
| **DELORES GALVAN,** | § | **COURT OF APPEALS** |
| **Appellant,** | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| | § | 9/28/2015 4:14:52 PM |
| **vs.** | § | JEFFREY D. KYLE |
| | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **ROBERT LEAK, Individually and** | § | |
| **ZEBRA INSTRUMENTS** | § | |
| **CORPORATION,** | § | |
| **Appellees.** | § | **STATE OF TEXAS** |

## APPELLANT'S SECOND MOTION TO EXTEND TIME TO FILE BRIEF

**COMES NOW,** Delores Galvan, Appellant herein, requesting a fifteen (15) day extension to file her Appellant's Brief.

Appellant's Brief is due September 28, 2015. Appellant seeks a fifteen (15) day extension. In the past thirty (30) days, Appellant's counsel has prepared for several hearings, motions, responses for Summary Judgments, tried one case, attended several depositions and mediations, and prepared for two cases set for trial in the next month. While significant time has been spent on this brief, Appellant respectfully requests a fifteen (15) day extension so that justice may be done.

Respectfully submitted,

LAW OFFICE OF SCOTT OGLE

By:  /s/ Scott Ogle
     Scott Ogle
State Bar No. 00797170
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone:  (512) 442-8833
Facsimile:  (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to conferred with opposing counsel on September 28, 2015.

    /s/Scott Ogle
        Scott Ogle

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 28th day of September, 2015.

Christopher Stanley
Sneed Vine & Perry
1104 S. Church Street
Georgetown, Texas 78626
Via email:  gtwnfilings@sneedvine.com
Via facsimile:  (512) 819-9707


  /s/Scott Ogle
Scott Ogle